Filed on 10/19/2015 11:41:30 AM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/19/2015 11:45:28 AM
CHRISTOPHER A. PRINE
Clerk

October 19, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

**LETTER OF ASSIGNMENT**

Trial Court Docket Number: 1057687
Trial Court Number: Three (3)

**Style:**

| RONKE OLLEY AND JEFF OLLEY | VS. | DRIFTWOOD HOSPITALITY MGT II LLC |
|---|---|---|
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** LINDA STOREY

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
|---|---|
| Jeff Olley, Pro Se | David L. Miller, No. 14067300 |
| PO Box 5044 | 6525 Washington Avenue |
| Katy, Texas 77491 | Houston, Texas 77007-2112 |
| Phone: (713) 538-4928 | Phone: (713) 861-3595 |
| Fax: N/A | Fax: (713) 861-3596 |
| E-Mail: N/A | E-Mail: dmiller@msc-lawyer.com |

Ronke Olly and Jeff Olly, appellants, filed a Notice of Appeal on October 16, 2015 from the Final Judgment that was signed on July 28, 2015.

A Motion for Reconsideration was filed on August 27, 2015.

The Clerk's Record is due to your office on or before November 25, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

| | |
|---|---|
| RONKE OLLEY | IN THE COUNTY COURT |
| JEFF OLLEY | |
| | |
| VS | |
| DRIFTWOOD HOSPITALITY MGT | AT LAW NO. 3 |
| II LLC. MANAGER OF HYATT HOUSE | |
| HOUSTON/ENERGY CORRIDOR | HARRIS COUNTY, |
| TEXAS | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Ronke Olley and Jeff Olley hereby appeals to the

**First Court of Appeals**, the entire Final Judgment signed and entered on **July 28th**

**2015**, granting Defendants' Motion for Summary Judgment. **See attached Pauper**

**affidavit**

Respectfully submitted,

JEFF OLLEY

P.O.BOX 5044

KATY TEXAS 77491

PHONE: 832-643-7388

CELL: 7135384928

RONKE OLLEY

Appellant notice of Appeal          Page 1of 2

**2**

**P.O.BOX 5044**

**KATY TEXAS 77491**

**PHONE: 832-643-7388**

**CELL: 7135384928**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been sent by fax to the following

individuals Pursuant to Rule 21a of Tex. R. Civ. P.

**Fax 7138613596**

**David L. Miller**

**SBN: 14067300**

**Blake W. Gipson**

**SBN: 24082024**

# Statement of Inability to Pay Costs for APPEAL
## HARRIS COUNTY COURT AT LAW

| | |
|---|---|
| **RONKE OLLEY and JEFF OLLEY** | IN THE COUNTY COURT |
| Plaintiffs | |
| VS | |
| **DRIFTWOOD HOSPITALITY MGT** | AT LAW NO. 3 |
| **II LLC. MANAGER OF HYATT HOUSE** | CASE NO: 1057687 |
| **HOUSTON/ENERGY CORRIDOR** | |
| Defendants | HARRIS COUNTY, TEXAS |

### Affidavit in Support of the Application

My name is <u>Ronke Olley</u>. I am a Plaintiff/Petitioner in this case and declare that 1 am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

1. Identity.

| | |
|---|---|
| Full Name: | RONKE OLLEY |
| Address: P·O· box 5044 Katy TX | City, State, and Zip Code 77491 |
| Home Telephone: 713 538 4528 | Cellular Phone: 713538 4528 |
| Former Address: P· O· box Houston TX 77243 | |
| Date of Birth: 01/19/76 | Place of Birth: WASHington D.C |
| Employer: Not employed | |
| Employment Address: | |
| Work Telephone: | Job Title or Duties: |
| Supervisor's Name: | |

| | |
|---|---|
| Spouse's Name: JEFF OLLEY | |
| Spouse's Address: P· O box 5044 Katy TX | City, State, and Zip Code 77491 |
| Spouse's Home Telephone: 8326437388 | Spouse's Cellular Phone: 713538 4528 |
| Spouse's Employer: A·N | |

**4**

| Spouse's Work Telephone: | Spouse's Supervisor's Name: *Rudy* |
|---|---|

## 2. Income.

| Monthly earnings: | *None* | |
|---|---|---|
| Other income:<br>    Description: | *None* | Amount: *0* |

## 3. Spouse's Income.

| Spouse's monthly earnings: | *$1500* | |
|---|---|---|
| Other income:<br>    Description: | *N/A* | Amount: *0* |

## 4. Government Entitlement Income.

| Unemployment Benefits: | Benefit Amount: *N/A* |
|---|---|
| AFDC: | *N/A* |
| Social Security: | *N/A* |
| Disability: | *N/A* |
| Veteran's Benefits: | *N/A* |
| Child Support: | *N/A* |

| Other:  Description:  *Child's medicaid*<br>*See attached copy of child medicaid* | Amount: |
|---|---|

## 5. All Other Income (Interest, Dividends, etc.).

| Description:<br><br>*N/A* | Amount:<br><br>*0* |
|---|---|

## 6. Accounts in Financial Institutions.

| Checking Accounts:<br>    Financial Institution: | Account Number: | Current Balance:<br>*$20* |
|---|---|---|

| Saving Accounts:<br>    Financial Institution: | Account Number: | Current Balance: |
|---|---|---|
| *N/A* | | |

2

### 7. Real Property Owned other than Homestead.

| Description: | Address: | Value: |
|---|---|---|
| N/A | N/A | N/A |

### Personal Property owned *(other than household furnishings, clothes, tools of a trade, or personal effects).*

| Description: | Value: |
|---|---|
| Kia Sephis | $ 1,500 |

### 8. Debts.

| Description: | Total Due: | Monthly Payment: |
|---|---|---|
| Bank of America | $1,700 pressed due | No payment |

### 9. Monthly Expenses *(for example, food, transportation, child care, health care, etc.).*

| Description: | Amount: |
|---|---|
| Rent — $960   Light bill -$60 <br> Food — $500   Cloths — <br> Gas — $60 <br> Phone bill -$62.00 | |

### 10. Dependants.

| Name: | Address: | Age: | Relationship: |
|---|---|---|---|
| Janelle | P-O box 5044 Katy TX 77451 | 4 | daughter |

### 11. **Skills and equipment**

Appellant lacks skills and equipment required to prepare the appendix. Pursuant to Tex. R. A. P Rule 20.1(12) states if Appellant lacks the skill and equipment necessary to prepare the appendix as required by Tex. R. A. P Rule 38.5 affiant should indicate such in its Affidavit.

3

12. Appellants further states Pursuant to T.R.A.P 20.1(b) the party filling the affidavit must state what amount of costs if any the party can pay. Appellants is unable to obtain a loan on the basis that the family income is not enough to meet its basic needs. Furthermore Appellants still has an unpaid borrowed credit card debt.

13. Appellant does not have an attorney on contingency nor can it afford to hire an attorney

4

## DECLARATION OF APPELLANT

Name: __Ronke Olley__  Date of Birth: __01 | 19 | 1976__

Address: __P. O. Box 5044__  City: __Katy__  State: __TX__ Zip Code: __77491__

I declare under penalty of perjury that the information provided in the foregoing Statement of Inability to Pay is true and correct.

Executed on __10 | 1 | 2015__ , in __Harris__  County, Texas, on __10 | 1 | 2015__ .

_____
Declarant

## IOLTA CERTIFICATE

I hereby certify that _____ [party filing inability to pay] has been screened for income eligibility under the IOLTA income guidelines.

SIGNED on _____ .

Attorney _____ [Printed Name]
_____ [Address]
_____ [Telephone Number]
_____ [Fax Number]
_____ [State Bar Number]

HHSC - MIDLAND
PO BOX 14900
MIDLAND TX 79711-4900

**Date:** 03/20/2015



**TEXAS**
Health and Human
Services Commission

**Need help?**

Call 2-1-1 or 1-877-541-7905

If you have a hearing or speech disability,
call 7-1-1 or any relay service.

**All numbers are free to call.**

## Health Care Benefits

| Who gets health care benefits | | | |
|---|---|---|---|
| Name | EDG number | Program | Date |

911

**9**

| Name | EDG number | Program | Date |
|---|---|---|---|
| Janelle ▪▪▪ Olley | ▪▪▪ | Children's Medicaid | 05/01/2015 - 04/30/2016 |

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blackouts, additions and changes were present at the time the instrument was filed and recorded.

912

10



**"CLOSED"**

CAUSE NO. 1057687

| RONKE OLLEY | § | IN THE COUNTY CIVIL COURT |
| | § | |
| VS. | § | AT LAW NO. THREE (3) |
| | § | |
| DRIFTWOOD HOSPITALITY MGT LLC | § | HARRIS COUNTY, TEXAS |

<u>**ORDER GRANTING DEFENDANT'S**</u>
<u>**TRADITIONAL MOTION FOR SUMMARY JUDGMENT**</u>

On this day, the Court considered Defendant's Traditional Motion for Summary Judgment on the claims and causes of action of Plaintiffs, Ronke and Jeff Olley, against Defendant, GFII DVI Cardel Houston, LP managed by Driftwood Hospitality Management II, LLC, and is of the opinion that Defendant's Motion should be GRANTED. It is therefore,

ORDERED that all of Plaintiffs' causes of action against Defendant are dismissed with prejudice, each party bearing its own costs.

SIGNED this _____ day of **JUL 2 8 2015**_____, 2015.

_____
JUDGE PRESIDING

2015 JUL 28 PM 4: 04
COUNTY CLERK
HARRIS COUNTY, TEXAS
FILED

Approved as to Form:

MILLER, SCAMARDI & CARRABBA, P.C.

BY: _____
David L. Miller
SBN: 14067300
Email: DMiller@msc-lawyer.com
Blake W. Gipson
SBN: 24082024
Email: bgipson@msc-lawyer.com
6525 Washington Avenue
Houston, Texas 77007-2112
TEL: (713) 861-3595
FAX: (713) 861-3596

**ATTORNEYS FOR DEFENDANT/ COUNTER-PLAINTIFF, GFII DVI CARDEL HOUSTON, LP**

12